Georgios Emanuel MANOURAKIS et al., Plaintiffs, v. IN-
DUSTRIAL COMMISSION OF UTAH and Utah Fuel
Company, Defendants.

No. 4381. Decided May 11, 1926. (246 P. 704)

*N. J. Cotro-Manes* and *C. E. Norton*, both of Salt Lake
City, for plaintiffs.

*Harvey H. Cluff*, Atty. Gen., and *J. Robert Robinson*, Asst.
Atty. Gen., for defendant Industrial Commission.

*Ferdinand Erickson*, of Salt Lake City, for defendant Fuel
Co.

CHERRY, J.

This is an application to review a proceeding of the In-
dustrial Commission of Utah. The commission denied plain-
tiff's application for compensation upon the ground that de-
pendency upon the deceased employee was not established.
This application presents the same questions that were pre-
sented in *Kavalinakis* v. *Ind. Comm.* (Utah) 246 p. 698, just
decided and not yet [officially] reported.

Upon the authority of that case, the decision of the In-
dustrial Commission in this case must be, and it accordingly
is, affirmed.

GIDEON, C. J., and THURMAN, FRICK, and STRAUP,
JJ., concur.